Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 30, 2026

**BY EMAIL & ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Miguel Encarnacion Montero**
**26 Mag. 2485 (UA)**

Dear Judge Aaron:

I write, pursuant to 18 U.S.C. § 4285, to respectfully request that the Court endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Miguel Encarnacion Montero's travel from New York to Puerto Rico for his initial appearance in the above-captioned case on July 31, 2026 at 2:00 p.m. I further request that the U.S. Marshals arrange for Mr. Encarnacion to arrive the morning of his court appearance. Mr. Encarnacion is indigent and qualifies for this relief under 18 U.S.C. § 4285. I also respectfully request that the Court order pretrial services to release Mr. Encarnacion's travel documents to him before his travel date to enable him to travel to Puerto Rico for his court appearance.

Miguel Encarnacion Montero was presented in Magistrate Court on June 24, 2026 pursuant to Fed. R. Crim. P. 5(c)(3) for an alleged violation of supervised release in the District of Puerto Rico. At his presentment, Magistrate Judge Wang set the following conditions of release:

> $10,000 personal recognizance bond co-signed by two individuals with moral suasion over Mr. Encarnacion (his sister and nephew); compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York and the District of Puerto Rico and points in between for court appearances; surrender all travel documents and make no new applications; standalone GPS location monitoring; cannot possess any firearms, destructive devices.

ECF Doc. No. 3, 4.

A control date was set for July 24, 2026. Mr. Encarnacion was released on his own signature and the two signatures of the cosigners with moral suasion. He was ordered to return to pretrial services at 10:00 a.m. the following morning to be fitted for GPS monitoring.

The next day, Mr. Encarnacion returned to the pretrial services office as directed. He was fitted for the GPS location monitor and surrendered his travel documents as directed.

On July 26, the government confirmed that the District of Puerto Rico scheduled Mr. Encarnacion's initial appearance for July 31 at 2:00 p.m. Accordingly, pursuant to 18 U.S.C. § 4285, I respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. Encarnacion's travel to San Juan, Puerto Rico the morning of July 31. Further, because Mr. Encarnacion needs his travel documents to travel to Puerto Rico for his court appearance, I respectfully request that the Court order Pretrial Services to release Mr. Encarnacion's travel documents to him before his travel date.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Miguel Encarnacion Montero*

cc: Counsel of record

SO ORDERED:

Stewart D. Aaron

______________________________

**THE HONORABLE STEWART D. AARON**
United States Magistrate Judge
Dated: July 7, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| - v - | : | 26 Mag. 2485 (UA) |
| Miguel Encarnacion Montero, | : | |
| Defendant. | : | |

-----------------------------------x

Upon the application of **Miguel Encarnacion Montero**, by his attorney, **Marne L. Lenox, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Miguel Encarnacion Montero with funds to cover the cost of airfare from New York, New York to Puerto Rico in advance of Mr. Encarnacion's upcoming court date on Friday, July 31, 2026 at 2:00 p.m., arriving in Puerto Rico no later than 11:30 a.m. and no earlier than 9:00 a.m. on Friday, July 31, 2026;

**ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service; and it is hereby further

**ORDERED** that pretrial services release Miguel Encarnacion Montero's travel documents to him before his travel date.

Dated: New York, New York
July 7, 2026

**SO ORDERED:**

Stewart D. Aaron
______________________________
THE HONORABLE STEWART D. AARON
United States Magistrate Judge