UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| - v - | : | 26 Mag. 2485 (UA) |
| Miguel Encarnacion Montero, | : | |
| Defendant. | : | |

-----------------------------------x

Upon the application of **Miguel Encarnacion Montero**, by his attorney, **Marne L. Lenox, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Miguel Encarnacion Montero with funds to cover the cost of airfare from New York, New York to Puerto Rico in advance of Mr. Encarnacion's upcoming court date on August 17, 2026 at 10:30 a.m., arriving in Puerto Rico on August 16, 2026;

**ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service; and it is hereby further

**ORDERED** that pretrial services release Miguel Encarnacion Montero's travel documents to him before his travel date.

Dated: New York, New York
July 27, 2026

**SO ORDERED:**

THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge